4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DANNY LIN MACCUNE | § | |
| | § | |
| vs. | § | MISCELLANEOUS |
| | § | B-00-014 |
| CORREY NELSON, | § | |
| MATT MERTINEZ, | § | |
| MARK DOWD, | § | |
| MS. KOWALSKI-GARZA, | § | |
| HILDA G. TAGLE | § | |

## O R D E R

The instant Order should reference this Court's Memorandum and Order of April 19, 2000, in which Maccune's complaint was screened subject to 28 U.S.C.A. § 1915A. As a result of the April 19, 2000 Memorandum and Order, it is ORDERED, ADJUDGED, and DECREED that:

Claim Two alleging an Equal Protection Violation is hereby **DISMISSED WITH PREJUDICE**

Claim Three alleging a violation of 42 U.S.C. § 1983 is hereby **DISMISSED WITH PREJUDICE**

Claim Four alleging a Bivens claim for violation of Due Process is hereby **DISMISSED WITH PREJUDICE**

Claim Six alleging a violation of the R.I.C.O. statute is hereby **DISMISSED WITH PREJUDICE**

Claim Seven alleging mail fraud under 18 U.S.C. § 1341 and wire fraud under 18 U.S.C. § 1343 are both **DISMISSED WITH PREJUDICE**

Claim Eight alleging extortion in violation of 18 U.S.C. § 2, 1951, and 1952 is hereby entirely **DISMISSED WITH PREJUDICE**

Claim Nine alleging 42 U.S.C. § 1985 (3) is hereby **DISMISSED WITH PREJUDICE**

DONE this _19th_ day of April, 2000 in Brownsville, Texas.

Filemon B. Vela

United States District Judge