AO 240A (1/94)

# United States District Court

Southern DISTRICT OF Texas

United States District Court
Southern District of Texas
ENTERED
MAY 12 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

Danny Lin Maccone
Plaintiff

V.

Correy Nelson, Et al.
Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

CASE NUMBER: MISC. B-00-14

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

☑ GRANTED.

☑ The clerk is directed to file the complaint.

☑ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this  12  day of  MAY , 2000 .

Signature of Judicial Officer
JOHN WM BLACK
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

ClibPDF - www.fastio.com